# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al. ex rel.* ROBERT E. MANCHESTER,<br><br>    Plaintiff/Relator,<br><br>    v.<br><br>PURDUE PHARMA L.P.; PURDUE PHARMA, INC.; PURDUE FREDERICK CO.; MCKESSON CORPORATION; CARDINAL HEALTH, INC.; AND AMERISOURCEBERGEN CORP.,<br><br>    Defendants. | Case No. 1:16-cv-10947-MLW |

## DEFENDANTS' JOINDER IN UNITED STATES' OPPOSITION OF MOTION FOR SUBSTITUTION OF PARTY

For the reasons stated by the United States, Purdue Pharma L.P., Purdue Pharma Inc., The Purdue Frederick Company Inc., Cardinal Health, Inc., AmerisourceBergen Corporation, and McKesson Corporation (collectively, "Defendants") join in the opposition to the Motion for Substitution of Party.

Dated: April 15, 2019

/s/ *Timothy C. Blank*
Timothy C. Blank (BBO # 548670)
Jon E. Olsson (BBO #698783)
One International Place
100 Oliver Street, 40th Floor
Boston, MA 02110
(617) 728-7154
timothy.blank@dechert.com
jon.olsson@dechert.com

Sheila L. Birnbaum (admitted *pro hac vice*)
Mark S. Cheffo (admitted *pro hac vice*)
Debra D. O'Gorman (admitted *pro hac vice*)
Bert L. Wolff (admitted *pro hac vice*)

/s/ *Alison M. Newman*
Alison M. Newman, BBO # 693953
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5354
anewman@wc.com

*Attorney for Defendant Cardinal Health, Inc.*

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500
sheila.birnbaum@dechert.com
mark.cheffo@dechert.com
debra.o'gorman@dechert.com
bert.wolff@dechert.com

*Attorneys for Defendants Purdue Pharma L.P., Purdue Pharma Inc. and The Purdue Frederick Company Inc.*


/s/ Joshua D. Dunlap
Joshua D. Dunlap, BBO # 672312
PIERCE ATWOOD LLP
254 Commercial Street
Portland, ME 04101
(207) 791-1100
jdunlap@pierceatwood.com

*Attorney for Defendant AmerisourceBergen Corporation*

/s/ John O. Mirick
John O. Mirick (BBO # 349240)
MIRICK, O'CONNELL, DEMALLIE
& LOUGEE, LLP
100 Front Street
Worcester, MA  01608-1477
Telephone:  (508) 791-8500
Facsimile:  (508) 791-8502
jmirick@mirickoconnell.com

*Attorney for Defendant McKesson Corporation*
.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served via e-mail upon the following counsel of record on April 15, 2019:

Francis G. Conrad, Esq. (BBO # 668260)
CONRAD LAW OFFICES
P.O. Box 68
Huletts Landing, New York 12841-0068
(516) 835-2287
fconrad@vermontel.net

*Attorney for the Plaintiff Relator, Robert E. Manchester*


Steven Sharobem (BBO # 664583)
ASSISTANT UNITED STATES ATTORNEY
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3355
steven.sharobem@usdoj.gov

*Counsel for The United States*


Dated:		April 15, 2019

							/s/ *Timothy C. Blank*
							Timothy C. Blank