UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br> *ex rel.* ROBERT E. MANCHESTER <br><br> Plaintiffs, <br> v. <br><br> PURDUE PHARMA, L.P. et al., <br><br> Defendants. | No. 16-cv-10947-DJC <br> No. 22-cv-12035-DJC |

## JOINT STATUS REPORT OF THE UNITED STATES AND THE PROSPECTIVE RELATOR

In accordance with this Court's Order from January 23, 2026, *see* Dkt No. 87 of 16-cv-10947-DJC and Dkt No. 36 of 22-cv-12035-DJC ("Jan. 23 Order"), the United States and the prospective relator, Jessica Manchester Lubitz, submit this joint status report in the above captioned cases. The status report addresses the Court's question as to whether the prospective relator intends to pursue these cases.

The prospective relator recently informed the United States that she will not be pursuing these cases. As such, the prospective relator intends to voluntarily dismiss both cases and the United States and the named plaintiff states intend to assent to the dismissal.

The only remaining matter is how to procedurally effectuate the voluntary dismissal. At present, there is no relator in the case due to the named relator's untimely passing. The prospective relator, in her capacity as executor of the estate of relator Robert E. Manchester, has a pending motion to substitute the named relator. Moreover, the case against one of the defendants, Purdue Pharma, LP is currently stayed until June 22, 2026, or until Purdue Pharma, LP emerges from bankruptcy, whichever comes first.

To most efficiently effectuate the voluntary dismissal of the cases, the prospective relator, the United States, the named plaintiff states, and the defendants (collectively, the "Parties") respectfully request that the Court lift the stay of the matter against Purdue Pharma, LP, and allow the prospective relator's motion to substitute the named relator solely in her capacity as executor of the estate of Robert E. Manchester.  Once the Court grants the substitution, the prospective relator will file a notice of voluntary dismissal in both cases and the United States and the named plaintiff states will file a notice assenting to the dismissals.

Alternatively, and pursuant to 31 U.S.C. § 3730(b)(1), the Court can elect to dismiss both cases with the written assent of the United States.  To the extent the Court elects this option, this status report serves as the United States' and the named plaintiff states' assent to the dismissal of both cases because the prospective relator does not intend to pursue the cases further and the United States and the named plaintiff states have previously declined to intervene in both matters.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

| | |
|---|---|
| */s/ Steven T. Sharobem* <br> STEVEN T. SHAROBEM <br> Assistant United States Attorney <br> United States Attorney's Office <br> One Courthouse Way, Suite 9200 <br> Boston, MA 02210 <br> Phone: (617) 748-3100 <br> steven.sharobem@usdoj.gov | */s/ Jessica Manchester Lubitz* <br> JESSICA MANCHESTER LUBITZ <br> BBO No. 660966 <br> 278 Forest Avenue <br> Cohasset, MA 02025 <br> Phone: (781) 258-3961 <br> vermontlassie@gmail.com <br><br> *Prospective Relator* |

BRETT A. SHUMATE
Assistant Attorney General
Jamie Ann Yavelberg
Edward C. Crooke
Kristen M. Echemendia
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-3041
E-mail: Kristen.M.Echemendia@usdoj.gov

*Attorneys for the United States*

## CERTIFICATE OF SERVICE

The United States and Jessica Manchester Lubitz certify that, on March 3, 2026, a copy of the foregoing document was served on all counsel of record through the ECF system.

Dated: March 3. 2026  By:  */s/ Steven T. Sharobem*
                              STEVEN T. SHAROBEM
                              Assistant United States Attorney